# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**RICHARD A. GALLO**
SUPERVISING PROBATION OFFICER

**MARYELLYN MULLER**
SUPERVISING PROBATION OFFICER

October 24, 2007

401 MARKET ST., 1ST FLOOR
POST OFFICE BOX 3497
CAMDEN, NJ 08101-3497
(856) 757-5043
FAX: (856) 757-5302
www.njp.uscourts.gov

Honorable Joseph A. Greenaway, Jr.
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07102

**RE: CHEN, Hao Li**
**Docket No. 05-000658-001**
**REQUEST FOR RESPONSE TO FURLOUGH REQUEST**

Dear Judge Greenaway:

The purpose of this letter is to inform the Court of the status of the above-referenced offender, who was sentenced by Your Honor on May 1, 2006 after pleading guilty to one count of Conspiracy to Violate United States Export Laws. The sentence was as follows: Custody of the Bureau of Prisons for Thirty months, self-surrender as designated by the Bureau of Prisons; Two years supervised release; $100 Special Assessment.

Presently, the offender is incarcerated at the Federal Prison Satellite Camp in Fairton, New Jersey. The offender is scheduled for a furlough on November 4, 2007 and November 5, 2007 and will be staying with his wife, Kwan Chun Chan, at her residence located in Cherry Hill, New Jersey. The purpose of the furlough is to meet with a prospective employer.

In compliance with the Bureau of Prison's (BOP) Program Statement on furloughs, the BOP is seeking any objections from the Court to the inmate's furlough request.

By copy of this letter, notice is given to the Unites States Attorney's Office of the proposed furlough.

If you have any questions, please do not hesitate to contact the undersigned Probation Officer at (856) 968-4828.

Honorable Joseph A. Greenaway, Jr.
Page 2
October 24, 2007

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John D. Paccione
U.S. Probation Officer

cc: Judith Germano, Assistant United States Attorney

APPROVED: _____

RICHARD A. GALLO          Date
Supervising U.S. Probation Officer

---

[✓] No objection from the Court to the furlough request for November 4, 2007 and November 5, 2007, or any subsequent furloughs.

[ ] Objection from the Court to the furlough request for November 4, 2007 and November 5, 2007.

[ ] Other

[ ] No objection from the United States Attorney's Office to the furlough request for November 4, 2007 and November 5, 2007, or any subsequent furloughs.

[ ] Objection from the United States Attorney's Office to the furlough request for November 4, 2007 and November 5, 2007.

_____
Signature of Judicial Officer

10-29-07
Date